UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Friedman Vartolo LLP
85 Broad Street- Suite 501
New York, New York 10004
bankruptcy@friedmanvartolo.com
T: (212) 471-5100
F: (212) 471-5150
Attorneys for U.S. Bank Trust National Association as
Trustee of the Bungalow Series IV Trust

In Re:

Brenda West

Debtor(s)

Order Filed on May 18, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-23711-SLM

Chapter: 13

Hearing Date:
May 12, 2021 at 10:00 A.M.

Hon. Judge:
Stacey L. Meisel

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: May 18, 2021**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Applicant:                         U.S. Bank Trust National Association as Trustee of the Bungalow
                                   Series IV Trust
Applicant's Counsel:               Friedman Vartolo LLP
Debtor's Counsel:                  Law Offices of Scott J. Goldstein, LLC
Property (Collateral):             39 Durance place, Irvington, NJ 07111
Relief Sought:
- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the
following conditions:

1. Status of post-petition arrearages:

   ☒        The Debtor(s) is/are overdue for **7** months, from **11/01/2020** to **05/01/2021.**

   ☒        The Debtor(s) is/are overdue for **7** payments at **$1,657.44** per month.

   ☐        The Debtor(s) is/are due for _____ in accrued late charges.

   ☒        The Debtor(s) is/are due for **$588.00** in attorney's fees and costs.

   ☒        Applicant acknowledges suspense funds in the amount of **$1,241.72.**

   Total Arrearages Due: **$10,948.36**


2. Debtor(s) must cure all post-petition arrearages, as follows:

   ☒        Immediate payment shall be made in the amount of **$8,287.20** .Payment shall be
   made no later than **May 31, 2021**.

   ☒        A Subsequent payment shall be made in the amount of **$2,661.16**.  Payment shall
   be made no later than **June 30, 2021.**

   ☒        Beginning on **June 1, 2021**, regular monthly mortgage payments shall continue to
   be made.

   ☐        Beginning on _____, additional monthly cure payments shall be made
   in the amount of _____ for _____ months.

   ☐        The amount of _____ shall be capitalized in the debtor's Chapter 13 plan.
   Said amount shall be set up on Trustee's ledger as a separate Claim. Debtor(s) shall file a
   Modified Plan within 10 days from the entry of this Order to account for the additional
   arrears to be paid to the secured creditor via Chapter 13 Plan and to adjust monthly
   payments to the Chapter 13 Trustee accordingly.

3. Payments to the Secured Creditor shall be made to the following address:

Payments:          SN Servicing Corporation
                   P.O. Box 660820
                   Dallas, TX 75266

4. In the event of default:

☒      Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and Debtor('s) attorney and the court shall enter an Order granting relief from the Automatic Stay.

☒      In the event the Debtor(s) converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtor(s) fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and Debtor('s) attorney and the court shall enter an Order granting relief from the Automatic Stay.

☒      This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and Debtor('s) attorney and the court shall enter an Order granting relief from the Automatic Stay

5.  Award of Attorney's Fees:

   The Applicant is awarded attorney's fees of **$400.00** and costs of **$188.00**.
           The fees and costs are payable:

           ☒       Attorney's fees and costs have been included in the Consent Order.

           ☐       Through the Chapter 13 plan.   The fees/costs shall be set up as a s

                   separate claim to be paid by the Standing Trustee and shall be paid

                   as an administrative claim.

           ☐       To the Secured Credtior within _____ days

           ☐       Attorney's fees are not awarded.

           ☐       Movant reserves its right to file a Post-Petition Fee Notice for fees

                   and costs incurred in connection with the Motion for Relief.


The undersigned hereby consent to the form and entry of the foregoing order.




_____                  /s/ Jonathan Schwalb, Esq.
Scott J. Goldstein, Esq.                            Jonathan Schwalb, Esq.
*Attorney for Debtor*                               *Attorney for Secured Creditor*